# DISTRICT COURT OF GUAM



FILED
DISTRICT COURT OF GUAM
FEB - 5 2014
JEANNE G. QUINATA
CLERK OF COURT

RUSS CARLBERG, ROEL D. DACASIN,
REYNALDO S. GALVEZ, DELMARIO R.
CORTEZ, and GARY CHANG )
_____ )
*Plaintiff* )
v. ) Civil Action No. 14-00002
GUAM INDUSTRIAL SERVICES )
dba GUAM SHIPYARD, MATHEW POTHEN, Personally )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
GUAM INDUSTRIAL SERVICES dba GUAM SHIPYARD
P.O. BOX 13010 NAVACTS BRANCH SANTA RITA, GU 96915,
FORMER SRF NAVAL STATION SANTA RITA, GU 96915

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN 3 1 2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Holly P. Gumataotao
Deputy Clerk

ORIGINAL

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GUAM INDUSTRIAL SERVICES dba: GUAM SHIPYARD, (CV 14-00002)
was received by me on *(date)* Feb. 4, 2014.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MATHEW Pothen, who is designated by law to accept service of process on behalf of *(name of organization)* above listed defendant, Guam Shipyard on *(date)* Feb. 5, 2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 30.00 for travel and $ included for services, for a total of $ $30.00 x0x00x.

I declare under penalty of perjury that this information is true.

Date: February 5, 2014

*Server's signature*

Christopher Allen / Special Process Server
*Printed name and title*

PMB 386, 1270 N. Marine Dr. Ste. 101
Tamuning, Guam 96913
*Server's address*

Additional information regarding attempted service, etc: